HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MATTHEW AUGUSTINO,<br><br>        Plaintiff,<br><br>    v.<br><br>THURSTON COUNTY, a municipal corporation, ZACHERY WILSON, an individual, MATTHEW THAYER, in his individual and official capacity; MARILEE WARREN, in her individual and official capacity; ADEWOLE ADEBAYO, in his individual and official capacity; MATTHEW COLLINS, in his individual and official capacity; DANIEL ROBERTSON, in his individual and official capacity; and AUSTIN BOSWELL, in his individual and official capacity; and DOES 7-9, in their individual and official capacities,<br><br>        Defendants. | No. 3:23-cv-06035-BHS<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE<br><br>(DEADLINES TO JOIN PARTIES, AMEND PLEADINGS, AND RELATING TO DISCOVERY ONLY) |

The parties jointly stipulated to modify the Scheduling Order (ECF Nos. 12 and 14) to continue the deadline to join parties and amend pleadings, and the deadlines relating to discovery. The Court has reviewed the stipulation and hereby **GRANTS** the motion.

For **GOOD CAUSE** therein, the Scheduling Order deadlines are hereby amended as set forth below:

ORDER GRANTING STIPULATED MOTION TO AMEND CASE
SCHEDULE (DEADLINES TO JOIN PARTIES, AMEND PLEADINGS,
AND RELATING TO DISCOVERY ONLY) - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

|  | Current Deadline (ECF No. 12 and 14) | Proposed Deadline |
|---|---|---|
| 7 DAY JURY TRIAL set for 09:00 AM | May 6, 2025 | May 6, 2025 (same) |
| Deadline for filing motion to join parties | July 31, 2024 | October 4, 2024 |
| Deadline for amending pleadings | July 31, 2024 | October 4, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 28, 2024 | December 2, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | November 27, 2024 | January 3, 2025 |
| All motions related to <u>non-expert</u> discovery must be filed by | December 9, 2024 | December 9, 2024 |
| All motions related to <u>expert</u> discovery must be filed |  | January 17, 2025 |
| Discovery completed by <u>this date with the exception of any expert discovery ordered by the court in response to a motion related to expert discovery</u> | January 6, 2025 | January 20, 2025 |
| All dispositive motions must be filed by | February 5, 2025 | February 5, 2025 (same) |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | March 31, 2025 | March 31, 2025 (same) |
| Agreed pretrial order filed with the Court by | April 14, 2025 | April 14, 2025 (same) |
| Pretrial conference will be held at 03:30 PM on | April 21, 2025 | April 21, 2025 (same) |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | April 15, 2025 | April 15, 2025 (same) |

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE (DEADLINES TO JOIN PARTIES, AMEND PLEADINGS, AND RELATING TO DISCOVERY ONLY) - 2

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

**IT IS HEREBY ORDERED**.

DATED this 22nd of July, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| | |
|---|---|
| **MacDONALD HOAGUE & BAYLESS** | **KEATING BUCKLIN & MCCORMACK, INC., P.S.** |
| By: */s/Katherine Chamberlain* <br> Katherine Chamberlain, WSBA #40014 <br> Lauren I. Freidenberg, WSBA #59145 <br> 705 Second Avenue, Suite 1500 <br> Seattle, WA 98104 <br> 206-622-1604 <br> katherinec@mhb.com <br> laurenf@mhb.com | By: */s/Rakiah B. Adams* <br> Rakiah B. Adams, WSBA #58799 <br> 801 Second Avenue, Suite 1210 <br> Seattle, WA 98104 <br> 206-623-8861 <br> radams@kbmlawyers.com |
| ***Attorneys for Plaintiff Matthew Augustino*** | ***Attorney for Defendant Thurston County, Boswell, Warren, Thayer, Collins, Adebayo, Robertson*** |

ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE (DEADLINES TO JOIN PARTIES, AMEND PLEADINGS, AND RELATING TO DISCOVERY ONLY) - 3

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

19No.00300231704:2006035-BHS