Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MATTHEW AUGUSTINO,<br><br>    Plaintiff,<br><br>v.<br><br>THURSTON COUNTY, a municipal corporation, ZACHERY WILSON, an individual, MATTHEW THAYER, in his individual and official capacity; MARILEE WARREN, in her individual and official capacity; ADEWOLE ADEBAYO, in his individual and official capacity; MATTHEW COLLINS, in his individual and official capacity; DANIEL ROBERTSON, in his individual and official capacity; and AUSTIN BOSWELL, in his individual and official capacity; ORION WOOD, in his individual and official capacity; DANIEL BITTNER, in his individual and official capacity; TIMOTHY LEE, in his individual and official capacity, and KENDALL REED, in his individual and official capacity,<br><br>    Defendants. | No. 3:23-cv-06035-BHS<br><br>ORDER REGARDING ACCEPTED OFFER OF JUDGMENT<br><br>NOTED FOR CONSIDERATION: OCTOBER 28th, 2024 |

The Court has reviewed (a) the Stipulation Regarding Acceptance of Offer of Judgment filed by Plaintiff Matt Augustino and Defendants Thurston County, Matthew Thayer, Marilee Warren, Adewole Adebayo, Matthew Collins, Daniel Robertson, Austin Boswell, Orion Wood, Daniel Bittner, Timothy Lee, and Kendall Reed, and (b) Thurston County Defendants' Offer of Judgment and Plaintiff's Notice of Acceptance of Offer of Judgment (Exhibit A to Stipulation).

ORDER REGARDING ACCEPTED OFFER OF JUDGMENT - 1

No. 3:23-cv-06035-BHS

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Accordingly, pursuant to Plaintiff's Acceptance of the Thurston County Defendants' Offer of Judgment, the Stipulation, and Fed. R. Civ. Pro. 68, IT IS HEREBY ORDERED:

(1) All individual Thurston County Defendants (Matthew Thayer, Marilee Warren, Adewole Adebayo, Matthew Collins, Daniel Robertson, Austin Boswell, Orion Wood, Daniel Bittner, Timothy Lee, and Kendall Reed) are hereby **DISMISSED** with prejudice and without costs or fees.

(2) The Clerk shall **ENTER JUDGMENT** against Thurston County for $151,000, plus reasonable attorney's fees and costs as subsequently determined by the Court on application of Plaintiff, unless the parties reach an agreement without the need for an application to the Court.

(3) Plaintiff is **ORDERED** to move for an award of reasonable attorney's fees and costs within 21 days of entry of judgment, unless the parties reach an agreement without the need for an application to the Court in which case the parties shall file a joint status report.

**IT IS HEREBY ORDERED**.

DATED this 29th of October, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER REGARDING ACCEPTED OFFER OF JUDGMENT - 2

No. 3:23-cv-06035-BHS

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

Presented by:

| | |
|---|---|
| **MacDONALD HOAGUE & BAYLESS** | **KEATING BUCKLIN & MCCORMACK, INC., P.S.**  [Electronic permission to affix signature granted on October 25th, 2024] |
| By: */s/Katherine Chamberlain*  Katherine Chamberlain, WSBA #40014  Lauren I. Freidenberg, WSBA #59145  705 Second Avenue, Suite 1500  Seattle, WA 98104  206-622-1604  katherinec@mhb.com  laurenf@mhb.com | By: */s/Ann E. Trivett*  Ann E. Trivett, WSBA #39228  801 Second Avenue, suite 1210  Seattle, WA 98104  206-623-8861  atrivett@kbmlawyers.com |
| ***Attorneys for Plaintiff Matthew Augustino*** | ***Attorney for Defendant Thurston County Matthew Thayer, Marilee Warren, Adewole Adebayo, Matthew Collins, Daniel Robertson, Austin Boswell, Orion Wood, Daniel Bittner, Timothy Lee, and Kendall Reed*** |

ORDER REGARDING ACCEPTED OFFER OF JUDGMENT - 3

No. 3:23-cv-06035-BHS

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

# CERTIFICATE OF SERVICE

I, Chris Bascom, declare under penalty of perjury under the laws of the United States of America that I caused to be served in the manner noted below a copy of the document entitled PROPOSED ORDER REGARDING ACCEPTED OFFER OF JUDGMENT, on the following participants:

| | |
|---|---|
| **KEATING, BUCKLIN & MCCORMACK, INC., P.S.**<br><br>Ann E. Trivett, WSBA #39228<br>Rakiah Adams, WSBA #58799<br>Sarah Damianick, Paralegal<br>Sydney McCrorie, Legal Assistant<br>atrivett@kbmlawyers.com<br>radams@kbmlawyers.com<br>sdamianick@kbmlawyers.com<br>smccrorie@kbmlawyers.com<br>The Norton Building<br>801 Second Avenue, Suite 1210<br>Seattle, Washington 98104<br>Phone: (206) 223-9423<br><br>*Attorneys for Defendants Thurston County, Matthew Thayer, Marilee Warren, Matthew Collins, Adewole Adebayo, Daniel Roberton, Austin Boswell, Orion Wood, Daniel Bittner, Timothy Lee, and Kendall Reed* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Email<br>☐ Via Overnight Delivery |
| **THURSTON COUNTY PROSECUTOR'S OFFICE**<br><br>JON TUNHEIM, WSBA #19783<br>PROSECUTING ATTORNEY<br>Julie Carignan, WSBA #36670<br>Linda Olsen, Paralegal<br>julie.carignan@co.thurston.wa.us<br>linda.olsen@co.thurston.wa.us<br>Civil Division – Building No. 5<br>2000 Lakeridge Drive SW<br>Olympia, WA 98502<br>Phone: (360) 786-5540<br><br>*Attorney for Defendants Thurston County, Matthew Thayer, Marilee Warren, Matthew Collins, Adewole Adebayo, Daniel Roberton and Austin Boswell* | ☒ Via Clerk of the Court (CM/ECF System)<br>☐ Via Facsimile<br>☐ Via First Class Mail<br>☐ Via Email<br>☐ Via Overnight Delivery |

ORDER REGARDING ACCEPTED OFFER OF JUDGMENT - 4

No. 3:23-cv-06035-BHS

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

| **PRO SE DEFENDANT ZACHERY WILSON** <br> (who has not appeared in case) <br><br> Zachery Wilson <br> 167 Fray Road <br> Chehalis, WA 98532 <br><br> P.O. Box 253 <br> Onalaska, WA 98570 | ☐ Via Clerk of the Court (CM/ECF System) <br> ☐ Via Facsimile <br> ☒ Via First Class Mail <br> ☐ Via Email <br> ☐ Via Overnight Delivery |
|---|---|

DATED this 28th day of October, 2024 at Seattle, Washington.

*/s/Chris Bascom*
Chris Bascom. Legal Assistant

ORDER REGARDING ACCEPTED OFFER OF JUDGMENT - 5

No. 3:23-cv-06035-BHS

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961